Minutes: 7

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 9/19/14

Case No.   C-14-2152 SI           Judge:   SUSAN ILLSTON

Title: ADOBE SYSTEMS  -v- SOFTWARE SPEEDY

Attorneys: Nicole Drey          Andrew Winghart

Deputy Clerk:  Tracy Kasamoto  Court Reporter: N/A

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2)

3)

Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                  PART

Case continued to   **2/13/15   @ 3:00 p.m.** for Further Case Management Conference

Case continued to  **8/7/15  @ 9:00 a.m.**    for Motions
(Motion due 7/2/15, Opposition 7/17/15  Reply 7/24/15)

Case continued to  **9/15/15 @ 3:30 p.m.**  for Pretrial Conference

Case continued to  **9/28/15 @ 8:30 a.m.**  for Trial ( jury :  Days)
Discovery Cutoff: 5/1/15  Designate Experts by: 5/18/15 , Rebuttal Experts: 6/1/15, Expert Discovery Cutoff:6/16/15

ORDERED AFTER HEARING:
This case shall be referred to mediation.  The mediation session shall occur by 1/23/15.

Cc: ADR