IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADOBE SYSTEMS INCORPORATED,    No. C 14-02152 SI

    Plaintiff,    **PRETRIAL PREPARATION ORDER**

v.

SOFTWARE SPEEDY ET AL,

    Defendant.
_____/

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: February 13, 2015 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is May 1, 2015.

DESIGNATION OF EXPERTS: 5/18/15; REBUTTAL: 6/1/15.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is June 26, 2015.

DISPOSITIVE MOTIONS **SHALL** be filed by July 2, 2015;

    Opp. Due July 17, 2015;  Reply Due July 24, 2015;

    and set for hearing no later than August 7, 2015 at 9:00 AM.

PRETRIAL CONFERENCE DATE: September 15, 2015 at 3:30 PM.

JURY TRIAL DATE: September 28, 2015 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to mediation.  The mediation session shall occur by 1/23/15.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 9/22/14

                            SUSAN ILLSTON
                            United States District Judge