UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADOBE SYSTEMS INCORPORATED,

    Plaintiff,

    v.

SOFTWARE SPEEDY, et al.,

    Defendants.

Case No. 14-cv-02152-SI

**ORDER REFERRING CASE FOR RELATED CASE DETERMINATION**

Pursuant to Northern District of California Local Rule 3-12(c), the undersigned refers this case to Judge Chen with a request that Judge Chen consider whether this case is related to *Adobe Systems Incorporated v. Colorado Internet Services, LLC*, No. C 13-4193 EMC.

**IT IS SO ORDERED**.

Dated: November 3, 2014

_____
SUSAN ILLSTON
United States District Judge